IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
APR 22 2008
APR 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel. )
_____ )
(Full name and prison number) )
(Include name under which convicted) )
 )
PETITIONER )  CASE NO: 96 CR 03607
 )  (Supplied by Clerk of this Court)
vs. )
_Tyrese Fife_____ )
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
 )  08CV2294
RESPONDENT, and )  JUDGE KENNELLY
 )  MAG. JUDGE NOLAN
(Fill in the following blank only if judgment )
attacked imposes a sentence to commence in the )
future) )
 )
ATTORNEY GENERAL OF THE STATE OF )  Case Number of State Court Conviction:
 )
_____ )  _____
(State where judgment entered) )

PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: _Sixth District Markham, Illinois Honorable Judge Paul Nealis_

2. Date of judgment of conviction: _August 24 1998_

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

   _____

4. Sentence(s) imposed: _25 years IDOC on October 14, 1998_

5. What was your plea? (Check one)    (A) Not guilty    (✓)
                                       (B) Guilty        ( )
                                       (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

_____

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):    Jury ( )    Judge only (✓)

2. Did you testify at trial?    YES (✓)    NO ( )

3. Did you appeal from the conviction or the sentence imposed? YES (✓) NO ( )

   (A) If you appealed, give the

   (1) Name of court: Appellate Court of Illinois First Dist, Third Div,

   (2) Result: Affirmed

   (3) Date of ruling: February 14, 2001

   (4) Issues raised: First impression regarding the application of due process requirements to so called "Simplified Miranda Warnings" Allegedly given to the learning and mentally disabled by Police and Prosecutors

   (B) If you did not appeal, explain briefly why not: _____

4. Did you appeal, or seek leave to appeal, to the highest state court? YES (✓) NO ( )

   (A) If yes, give the

   (1) Result: denied

   (2) Date of ruling: June 6, 2001

   (3) Issues raised: The Appellate Court's Decision to Deny An evidentiary Hearing while there were unresolved Issues of fact related to whether He Met the Prejudice Prong of the test Established In Strickland. And the Brady Violation

   (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes (✓) No ( )

   If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

2

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES (X)   NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: Circuit Court of Cook County County Dep. Criminal Div
   
   B. Date of filing: September 1, 2005
   
   C. Issues raised: denied my due process right under the Sixth and fourteenth Amendments to the United States Constitution and filled to introduce into evidence a psycha log. Assessment of Petitioner conducted in June 1995
   
   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (X)
   
   E. What was the court's ruling? _____
   
   F. Date of court's ruling: _____
   
   G. Did you appeal from the ruling on your petition?   YES (X)   NO ( )
   
   H. (a) If yes,   (1) what was the result? denied
   
       (2) date of decision: June 6, 2001
   
      (b) If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?
   
      YES ( )   NO ( )
   
      (a) If yes,   (1) what was the result? denied
      
         (2) date of decision: September 1, 2005
      
      (b) If no, explain briefly why not: _____

3

2. With respect to this conviction or sentence, have you filed a petition in a state court using any other form of po conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (X)

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1. Nature of proceeding  _____

        2. Date petition filed  _____

        3. Ruling on the petition  _____

        3. Date of ruling  _____

        4. If you appealed, what was the ruling on appeal?  _____

        5. Date of ruling on appeal  _____

        6. If there was a further appeal, what was the ruling?  _____

        7. Date of ruling on appeal  _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in federal court?   YES ( )   NO (X)

    A. If yes, give name of court, case title and case number: _____

    _____

    B. Did the court rule on your petition? If so, state

        (1) Ruling: _____

        (2) Date: _____

4. WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?

YES ( )   NO (X)

If yes, explain: _____

_____

4

PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the fac[ts] supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail [to] set forth all grounds in this petition, you may be barred from presenting additional grounds later.

BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOU[R] STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.

(A) Ground one: Defense counsel failed to investigate and
Supporting facts (tell your story briefly without citing cases or law):

find the forensic Clinical Services Juvenile Division Psychological Assessment ordered by the Juvenile Court and conducted on June 16 1995 and June 23 1995. The evaluation was conducted on December 21 1995 about six months before my arrest in this case.

(B) Ground two: The Cook County State's Attorney failed to
Supporting facts:

provide defense counsel with a copy of the Forensic Clinical Services Juvenile Division Psychological Assessment of Tyrese file even though it was extremely relevant to the issues being litigated at the motion to suppress his statements

5


(C) Ground three
Supporting facts: The purpose of the "court ordered psychological evaluation" was "to determine what is in the best interests of the minor and if there is sufficient family stability to support him." Confidential psychological assessment dated June 26, 1995 and prepared by Dr. Aschen Levy, licensed psychologist.)

(D) Ground four
Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
YES (✓)   NO ( )

3. If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:

6

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

- (A) At preliminary hearing __FRANK R. RAGO Public Defender__
- (B) At arraignment and plea __FRANK R. RAGO Public Defender__
- (C) At trial __FRANK R. RAGO Public Defender__
- (D) At sentencing __FRANK R. RAGO Public Defender__
- (E) On appeal __Julie Hull Public Defender Cook County__
- (F) In any post-conviction proceeding __Elyse Krug Miller__
- (G) Other (state): __NONE__

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES (✓)   NO ( )

Name and location of the court which imposed the sentence: __Cook County__

Date and length of sentence to be served in the future __1998 3 years__

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of petitioner)

_____
(I.D. Number)

_____
(Address)

7