**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
APR 2 2 2008 TC
APR 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America ex rel.
TYRESE FIFE

**Defendant(s):** (NO RESPONDENT NAMED)

**County of Residence:** LAWRENCE

**County of Residence:**

**Plaintiff's Address:**

Tyrese Fife
K-69994
Lawrence - LAW
R.R. 2, Box 31
Sumner, IL 62466

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

**08CV2294**
**JUDGE KENNELLY**
**MAG. JUDGE NOLAN**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham  **Date:** 04/22/2008