## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2294 | **DATE** | June 11, 2008 |
| **CASE TITLE** | United States ex rel. Tyrese Fife (#K-69994) vs. Warden Lee Ryker | | |

**DOCKET ENTRY TEXT:**

By Minute Order of May 1, 2008, the Court directed Petitioner either to pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis*. Petitioner was forewarned that failure to comply within twenty-one days would result in summary dismissal of this action. Nevertheless, over twenty-one days have elapsed and Petitioner has failed to respond to the Court's order. In addition, Petitioner filed an independent habeas action in the U.S. District Court for the Southern District of Illinois; that case was recently transferred to this Court. *See Fife v. Warden*, Case No. 08 C 2751 (N.D. Ill.). The Court (Kennelly, J.) ordered the State to respond on May 29, 2008. The instant petition is therefore duplicative. For the foregoing reasons, the above-captioned matter is terminated.

■ [**Docketing to mail notices.**]

mjm